# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

CHRISTOPHER LAMAR TOWNSEND

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SEE ATTACHED

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:22CV399
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

FILED MAY 25 2022 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: CHRISTOPHER LAMAR TOWNSEND
- Street Address: 216 KAYE DR
- City and County: LEXINGTON DAVIDSON
- State and Zip Code: NORTH CAROLINA 27292
- Telephone Number: (336) 807-4116
- E-mail Address: Ctown4948@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: LANE FURNITURE (formerly UNITED FURNITURE INDUSTRIES)
- Job or Title (if known): EMPLOYER/OWNER
- Street Address: 5380 HWY 145 SOUTH
- City and County: TUPELO  LEE
- State and Zip Code: MISSISSIPPI 38801
- Telephone Number: (662) 447-4000
- E-mail Address (if known): UNKNOWN

Defendant No. 2
- Name: JOSE MARTIR GAMEZ
- Job or Title (if known): EMPLOYEE/OPERATOR
- Street Address: UNKNOWN/NOT CERTAIN
- City and County: UNKNOWN/NOT CERTAIN
- State and Zip Code: UNKNOWN/NOT CERTAIN
- Telephone Number: UNKNOWN/NOT CERTAIN
- E-mail Address (if known): UNKNOWN/NOT CERTAIN

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) **CHRISTOPHER L. TOWNSEND**, is a citizen of the State of (name) **NORTH CAROLINA**.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) **JOSE MARTIR GAMEZ**, is a citizen of the State of (name) **UNKNOWN/NOT CERTAIN**. Or is a citizen of (foreign nation) **UNKNOWN/NOT CERTAIN**.

2. If the defendant is a corporation
   The defendant, (name) **LANE FURNITURE**, is incorporated under the laws of the State of (name) **MISSISSIPPI**, and has its principal place of business in the State of (name) **MISSISSIPPI**.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): **THE DEFENDANT(S) OWES $75,000 - $1,127,880 FOR A TRACTOR TRAILER CRASH/COLLISION CAUSED BY THERE EMPLOYEE JOSE MARTIR GAMEZ ON 06-00-2020**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 05-02-2019, at *(place)* Corner of HOLLY GROVE RD & MLK JR BLVD the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

*SEE ATTACHED* 1 page

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

*SEE ATTACHED* 1 page

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*SEE ATTACHED* 3 pages

# *STATEMENT OF CLAIM*
## (ACTS OR OMISSIONS)

ON JUNE 2, 2019 I WAS SITTING AT A STOP LIGHT ON THE CORNER OF HOLLY GROVE ROAD AND MARTIN LUTHER KING JR BLVD IN LEXINGTON, NC. THE LIGHT TURNED GREEN I MADE A RIGHT TURN THEN MOMENTS LATER I FELT AN IMPACT AND HERD A POPING SCREECHING SOUND THATS WHEN I NOTICED THE TRAILER PORTION WAS ON TOP OF MY CAR. JOSE MARTIR GAMEZ WAS OPERATING THE TRACTOR TRAILER, HE IS/WAS AN (EMPLOYEE) FOR UNITED FURNITURE INDUSTRIES CURRENTLY LANE FURNITURE (HIS EMPLOYER) JOSE MARTIR GAMEZ (1) VIOLATED MY RIGHTS BY NOT UP HOLDING HIS STANDARD/DUTY OF CARE TO ME AND THE PUBLIC, (2) HE ALSO CAUSED ME HARM BY FAILING TO YIELD RIGHT OF WAY AND RESULTED IN ALL OF PHYSICAL AND PSYCHOLOGICAL INJURIES.

# STATEMENT OF CLAIM
## *(RELIEF SOUGHT)*

LANE FURNITURE IS RESPONSIBLE FOR ITS EMPLOYEES ACTIONS BY COVERAGE OF INSURANC WHICH THERE INSURANCE PROVIDER MADE WELL ON MY PROPERTY CLAIM, BUT FAILED ON THE PERSONAL INJURY ASPECT OF MY CLAIM. BY NOT OFFERING FAIR AND RESONABLE COMPENSATION FOR THE INJURIES CAUSED BY THERE INSURED EMPLOYEE. THROUGH HUNDREDS OF EMAILS AND PHONE CONVERSATIONS WITH THE DEFENDANTS (S) CLAIMS ADJUSTER WE WERE UNABLE TO COME TO AN AGREEMENT ON THE AMOUNT OF COMPENSATION FOR MY INJURIES CAUSED IN THE ACCIDENT/COLLISION.

RELIEF SOUGHT

# *RELIEF*

THE DAMAGES I SEEK THE COURT TO ORDER IS FOR THE FOLLOWING.

* 1. A MILD SHOULDER INJURY THAT WAS TRIGGERED BY THE CRASH, I HAVE MRI RESULTS THAT I PROVIDED TO THE INSURANCE ADJUSTER.*

2. THE *BULK* OF MY CLAIM STEMS FROM NUMEROUS PSYCHOLOGICAL ISSUES TRIGGERED BY THE CRASH

* Heighten Anxiety (Dizzeness while Driving or under stress) MILD seizure like sensation
* INSOMNIA
* LOSS OF MEMORY*
* NIGHT TERROS
* DEPRESSION
* PARANOIA of COMMERCIAL VEHICLES/CONJESTED TRAFFIC
* CLAUSTROPHOBIA
* SUICIDAL THOUGHTS
* PTSD

*SUIT*

ANYTHING I'M CLAIMING IN THIS SUIT ON THIS PAGE CAN BE CONFIRMED WITH MY MEDICAL JACKET AND DOCTORS NOTES, ALSO I HAVE ENDLESS BOTTLES OF MEDICATION THAT I'VE TAKEN SINCE THIS INCIDENT.

**\*RELIEF (CONTINUED)\***

$17,000 = Dr. Bills/TREATMEANT (I HAVE ALL THE BILLS BROKEN DOWN AND ITEMIZED WILL PROVIDE UPON REQUEST)

$43,500 + $8,060 + $3,697 + $8,060 (TIME OUT OF WORK, TIPS AND DELIVERY FEE'S, AND ESSINTIAL WORKERS PAY)

$14,500/YEAR X 20 YEARS $290,000 + $24,650 =

$314,650 (DISABILITY FOR NEXT 20 YEARS UNTIL RETIREMENT AGE PLUS 8.5% CURRENT INFLATION RATE)

$80,317 − $314,650

**\*BEFORE TRIAL\***

NOTE TO THE INSURORS, OWNERS, ETC: IF I HAVE TO ENDURE THE AGONY, MENTAL TORTURE AND HUMILIATION OF GOING THRU A JURY TRIAL, I WILL BE SEEKIN AND ASKING THE JURORS TO GRANT ME A JUDGEMENT OF **$943,950 − $1,127,880**
**UPOND VERDICT IN PLAINTIFF'S FAVOR**

# *RELIEF (CONTINUED)*

I would like THE COURT TO ORDER ALL OF THE DAMAGES RANGING FROM ALL OF MY PSYCHOLOGICAL ISSUES WHICH LED UP TO ME BEING DISABLED AND HAVING TO FILE FOR SOCIAL SECURITY INSURANCE FOR THE DEFENDANTS NEGLIGENCE.

NOTE: THESE ARE NOT LEGAL ARGUMENTS WHAT I'M ABOUT TO PRESENT, BUT I HAVE TO MENTION THEM IN THIS COMPLAINT OR I WON'T BE ABLE TO ADDRESS THEM IF I HAVE TO GO TO TRIAL

- *LOSS OF ENJOYMENT OF LIFE* ← NOT LEGAL ARGUMENTS FOR THIS PARTICULAR DOCUMENT
- *DECREASED EARNING CAPACITY*
- *PROXIMATE CAUSE*

## *ATTENTION TO THE COURT*

I ASSURE YOU I AM NOT INTERESTED IN WASTING THE COURTS VALUABLE TIME AND RESOURCES, NOR AM I TRYING TO BE A NUISANCE, ALL I AM SEEKING IS FAIR AND REASONABLE COMPENSATION FOR MY INJURIES DUE TO THE CRASH.

THANK YOU

page 4 of 5 (4)

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-25-2022

Signature of Plaintiff: Christopher L. Townsend

Printed Name of Plaintiff: CHRISTOPHER L. TOWNSEND

**B.  For Attorneys**

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: